UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIFECARE, INC.,<br>    Plaintiff | : CIVIL NO. 3:CV03-0880 (DJS)<br>:<br>: |
| VS. | :<br>: |
| TENET HEALTHCARE CORP.,<br>    Defendant | : JANUARY 23, 2004 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Now come the parties in the above-entitled action and respectfully move the Court to extend the Scheduling Order deadlines as follows:

1. Fact discovery will be completed by May 3, 2004;
2. Discovery relating to expert witnesses will be completed by September 1, 2004;
3. Reports from plaintiff's experts will be due by June 1, 2004;
4. Depositions of the plaintiff's experts will be completed by July 1, 2004;
5. Reports from defendant's experts will be completed by August 1, 2004;
6. Depositions of defendant's experts will be completed by September 1, 2004;
7. Dispositive motions, if any, will be filed by October 1, 2004;
8. A joint trial memorandum will be filed by November 1, 2004;
9. This case shall be trial ready December, 2004.

1

877031v1

As grounds for this Motion, the parties jointly state as follows:

1. This is a complex breach of contract case involving a dispute over the development of a website by an employee benefits organization for a major healthcare corporation;

2. The parties have exchanged approximately 5,000 pages of documents, most of which pertain to information technology and other related subject matter;

3. Some key witnesses for both parties are no longer employed there. Some have relocated to the West Coast and the Southwest, making contact with them more challenging and time consuming than anticipated;

4. The granting of this Motion will not prejudice either party or result in any undue hardship.

WHEREFORE, the parties jointly request that the scheduling order be amended in the manner set forth above. By executing this Motion, the undersigned certifies that he has conferred with plaintiff's counsel, Theodore R. Tyma, Esquire, and that the proposed deadlines set forth above are mutually agreeable to both parties.

2

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

877031v1

Respectfully submitted,

THE PLAINTIFF,
LIFECARE, INC. and

THE DEFENDANT
TENET HEALTHCARE CORPORATION

By_____
Anthony V. Zeolla, Esq. of
Morrison, Mahoney & Miller, LLP
Counsel for Tenet Healthcare Corporation
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Phone: (860) 616-4441
Fax:    (860) 244-3800

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was faxed and mailed, postage prepaid, to the following counsel of record on this 23rd day of January, 2004:

Theodore R. Tyma, Esq.
Kleban & Samor, P.C.
P.O. Box 763
Southport, CT 06890
Phone: (203) 254-8966
Fax: (203) 259-9617

_____
Anthony V. Zeolla, Esq.

3

877031v1