FILED

2004 APR 13  A 10: 54

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LIFECARE, INC. | : | |
| Plaintiff | : | CASE NO.: 303CV0880(DJS) |
| v. | : | |
| TENET HEALTHCARE CORPORATION | : | |
| Defendant | : | APRIL 12, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Lifecare, Inc., hereby requests additional time, to and including May 16, 2004, within which to serve responses or objections to the Defendant's First Request for Interrogatories and Requests for Production. Additional time is needed to prepare the responses. This is the first request directed to this period of time. Defendant's counsel consents to the motion.

THE PLAINTIFF

By: _____
THEODORE R. TYMA
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06490
(203) 254-8966
Fed. Bar No. CT18879

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 12th day of April, 2004, to:

Anthony V. Zeolla, Esq.
Morrison, Mahoney & Miller
One Constitution Plaza, 10th Floor
Hartford, CT 06103

_____
Theodore R. Tyma