**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **LIFECARE, INC.**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv880(DJS) |
| **TENET HEALTHCARE CORP.**<br>    Defendant | : |

**O R D E R**

The Motion for Enlargement of Time (Doc. #12) to serve responses or objections to Defendant's First Set of Interrogatories and Requests for Production is hereby **GRANTED**.

The Joint Motion to Amend Scheduling Order (Doc. #13) is hereby **GRANTED in part.** The following will control the pretrial proceedings in this case until further order of the Court **with the following exceptions**: Fact discovery shall be completed by **July 2, 2004.** Discovery, including all discovery relating to expert witnesses will be completed by **November 1, 2004.** Reports from plaintiff's experts will be due by **August 2, 2004.** Depositions of the plaintiff's experts shall be completed by **September 1, 2004.** Reports from defendant's experts shall be completed by **October 1, 2004.** Depositions of defendant's experts shall be completed by **November 1, 2004.** Dispositive motions, if any, will be filed by **December 1, 2004.**

**Motions to Compel must be filed within twenty (20) days of either: (1) the failure of an opposing party to provide information on a timely basis pursuant to the time provided for in the rules or by order of this Court; or (2) the movant's receipt of an opposing party's unsatisfactory response to requests for discovery, e.g., responses indicating objections that the movant contends are unjustified. Motions to Compel filed after such deadlines shall be denied for failure to comply with the case management plan.**

A joint trial memorandum shall be filed by **January 3, 2005.** This case shall be trial ready **February, 2005**. If the parties cannot agree to the filing of the joint trial memorandum, each party shall file their trial memorandum separately. If a dispositive motion is filed, the memorandum shall be filed within 30 days of any decision of the court on such dispositive motion. The filing of dispositive motions shall not stay discovery.

The parties are hereby notified that failure to comply with this Order shall be grounds for either an immediate dismissal with prejudice or an entry of a default and/or sanctions.

    **IT IS SO ORDERED** this   27th   day of   April   , 2004.


                /s/DJS                                           
                Dominic J. Squatrito, United States District Judge