FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 JUN 16 A 11: 02

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| LIFECARE, INC. | : | |
| Plaintiff | : | CASE NO.: 303CV0880(DJS) |
| v. | : | |
| TENET HEALTHCARE CORPORATION | : | |
| Defendant | : | JUNE 14, 2004 |

### NOTICE OF APPEARANCE

Please take notice that the undersigned, Sabato P. Fiano, has appeared on behalf of the Plaintiff in this action.

Dated at Southport, Connecticut this 14th day of June 2004.

PLAINTIFFS,

By _____
Sabato P. Fiano
Ct18879
Kleban & Samor, P.C.
2425 Post Road
P.O. Box 763
Southport, CT 06890
(203-254-8912) 8963
sfiano@kleban-samor.com

1

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed postage prepaid on this date to all counsel and pro se parties of record.

Anthony V. Zeolla, Esq.
Morrison, Mahoney & Miller
One Constitution Plaza, 10th Floor
Hartford, CT 06103

 

_____
Sabato P. Fiano