UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LIFECARE, INC., | : | CIVIL NO. 3:CV03-0880 (DJS) |
|     Plaintiff | : | |
| | : | |
| | : | |
| VS. | : | |
| | : | |
| TENET HEALTHCARE CORP., | : | DECEMBER 29, 2004 |
|     Defendant | | |

## MOTION TO AMEND SCHEDULING ORDER

Now come the parties in the above-entitled action and respectfully move the Court to for a 60 day extension of the scheduling order deadlines. As grounds for this Motion, the parties state as follows:

1. Both parties have key witnesses who are no longer employed by the respective companies. These individuals have not agreed to voluntarily be deposed and the whereabouts of at least one is unknown . Counsel are making efforts to locate and subpoena these witnesses in their respective states.

2. This is a breach of contract case involving complex subject matter and a dispute over the development of a website by an employee benefits organization for a major healthcare corporation. The parties have exchanged approximately 5,000 pages of documents, most of which pertain to information technology and other related subject matter;

3. After the depositions of these key witnesses take place, counsel believe they will be in a position to seriously discuss settlement.

1

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

877031v1

4.     The granting of this Motion will not prejudice either party or result in any undue hardship.

WHEREFORE, the parties move the Court to amend the scheduling order in the manner set forth above. By executing this Motion, the undersigned certifies that he has conferred with plaintiff's counsel, Sabato Fiano, Esquire, and that the proposed deadlines set forth above are mutually agreeable to both parties.

>
> Respectfully submitted,
> THE PLAINTIFF,
> LIFECARE, INC. and
>
> THE DEFENDANT
> TENET HEALTHCARE CORPORATION
>
>
> By /s/Anthony V. Zeolla
> Anthony V. Zeolla, Esq. of
> Morrison Mahoney LLP
> Counsel for Tenet Healthcare Corporation
> One Constitution Plaza, 10th Floor
> Hartford, CT 06103
> Phone: (860) 616-4441
> Fax:   (860) 244-3800

2

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

877031v1

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was faxed and mailed, postage prepaid, to the following counsel of record on this 29th day of December, 2004:

Sabato Fiano, Esquire
Kleban & Samor, P.C.
P.O. Box 763
Southport, CT 06890
Fax:  (203) 259-9617

/s/ Anthony V. Zeolla
Anthony V. Zeolla

3

877031v1