UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
LIFECARE, INC.,

        Plaintiff,

vs.

TENET HEALTHCARE CORPORATION,

        Defendant.
------------------------------------------------------------x

Case No. 3:03CV0880 (DJS)

**APPEARANCE**

**To the Clerk of this Court an all parties of record:**

Enter my appearance as counsel in this case for:   PLAINTIFF

Date:                   April 27, 2005
CT Federal Bar No.:  CT25117
Telephone No.:      (203) 254-8932
Fax No.:            (203) 255-3803
Email Address:      jdannenberg@kdklaw.com

Jeffrey C. Dannenberg, Esq.
KESTENBAUM, DANNENBERG & KLEIN, LLP
2425 Post Road
Southport, CT 06890

*Of Counsel to:*

KLEBAN & SAMOR, P.C.
2425 Post Road
Southport, CT 06890

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the foregoing APPEARANCE was served via first class mail, postage prepaid, to defendant's counsel of record in this action, as follows, on May 2, 2005:

>Anthony V. Zeolla, Esq.
>Morrison Mahoney LLP
>One Constitutional Plaza
>Hartford, CT 06103

_____
Jeffrey C. Dannenberg