UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
LIFECARE, INC.,                          :    Case No. 3:03CV0880 (DJS)
                                         :
        Plaintiff,                       :
                                         :
    vs.                                  :
                                         :
TENET HEALTHCARE CORPORATION,            :    April 27, 2005
                                         :
        Defendant.                       :
------------------------------------------------------------x

## MOTION TO AMEND SCHEDULING ORDER

Plaintiff, by its attorneys, Kleban & Samor, P.C., respectfully moves this Court for an amendment of the outstanding Scheduling Order in the above-entitled action, dated January 3, 2005, to revise the certain deadlines as follows:

(a) All pre-trial discovery to be completed by August 31, 2005;

(b) Dispositive motions, if any, to be made by September 30, 2005; and

(c) In the event that no dispositive motions are made, a joint trial memorandum to be filed by October 15, 2005 and the case to be trial ready November 2005.

This motion is based upon the following grounds and circumstances:

1. This is a breach of contract action arising from the development of a website in 2002 by an employee benefits organization for a healthcare corporation.

2.       Document discovery, involving the exchange of several thousand pages of documents, was completed prior to the end of 2004, essentially leaving depositions to be performed in early 2005. Some of those depositions are to be of current employees of plaintiff and defendant. However, because some of the individuals who had been involved in the relevant events are no longer employed by plaintiff or defendant, their depositions will have to be taken as non-parties. The taking of these depositions are likely to be made more complicated, and time-consuming, because some of these individuals do not live in the State of Connecticut.

3.       At the time of the commencement of this action, two attorneys at Kleban & Samor, P.C. appeared on plaintiff's behalf – Theodore R. Tyma and Sabato P. Fiano. Mr. Tyma left the firm in early 2004, when he became a state court judge for the State of Connecticut. Before any of the scheduled or anticipated depositions could be taken in early 2005, Mr. Fiano became seriously ill and, at least for the foreseeable future, will have no contact with the law firm, as he is being treated in Memorial Sloan-Kettering Cancer Center in New York City.

4.       Contemporaneously with this motion, an Appearance is being filed on behalf of Jeffrey C. Dannenberg, Esq., an attorney duly admitted to practice before this Court, who will appear as "of counsel" to Kleban & Samor, P.C. Because Mr. Dannenberg has had no prior involvement in this action, significant time has been necessary for him to review the relevant pleadings, discovery and documents exchanged in pre-trial discovery, as well as to consult with plaintiff's representatives and with opposing counsel. Although this process has not yet been completed, Mr. Dannenberg

has discussed a revised schedule for completing depositions with defendant's counsel, Anthony V. Zeolla, Esq., and Mr. Zeolla has consented to a new deadline of August 31, 2005 for completing all depositions.

5. Based upon Mr. Zeolla's consent to this motion, it is not expected that the relief requested will prejudice either party or result in any undue hardship.

WHEREFORE, it is respectfully requested that the Court amend its outstanding Scheduling Order in the manner set forth above. The undersigned certifies that he has conferred with defendant's counsel, Anthony V. Zeolla, Esq., regarding this motion.

                            Respectfully submitted,

                            THE PLAINTIFF

                            By: _____
                                Jeffrey Q. Dannenberg (CT25117)

                            KESTENBAUM, DANNENBERG & KLEIN, LLP
                            2425 Post Road
                            Southport, CT 06890
                            (203) 254-8932

                            *Of Counsel to:*

                            KLEBAN & SAMOR, P.C.
                            2425 Post Road
                            Southport, CT 06890

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the foregoing MOTION TO AMEND SCHEDULING ORDER was served via first class mail, postage prepaid, to defendant's counsel of record in this action, as follows, on May 2, 2005:

        Anthony V. Zeolla, Esq.
        Morrison Mahoney LLP
        One Constitutional Plaza
        Hartford, CT 06103

_____
Jeffrey C. Dannenberg