UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LIFECARE, INC., | : | CIVIL NO. 3:CV03-0880 (DJS) |
|     Plaintiff | : | |
| | : | |
| | : | |
| VS. | : | |
| | : | |
| TENET HEALTHCARE CORP., | : | OCTOBER 12, 2005 |
|     Defendant | | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties respectfully move this Court for an amendment of the outstanding Scheduling Order in the above-entitled action, dated May 4, 2005, to revise the certain deadlines as follows:

(a) All pre-trial discovery to be completed by December 15, 2005;

(b) Dispositive motions, if any, to be made by January 15, 2006; and

(c) In the event that no dispositive motions are made, a joint trial memorandum to be filed by February 15, 2006 and the case to be trial ready March, 2006.

This motion is based upon the following grounds and circumstances:

1. At the time of the commencement of this action, Joel M. Fain appeared on defendant's behalf. Mr. Fain was designated as lead trial counsel in this matter. Mr. Fain became seriously ill with cancer and after a year of intense treatment, passed away several weeks ago.

2. Counsel for the defendant Anthony V. Zeolla was engaged in a lengthy medical malpractice trial in the Hartford Superior Court for essentially the entire month of September, 2006.

3. Document discovery, involving the exchange of several thousand pages of documents, was completed prior to the end of 2004, essentially leaving depositions to be performed in early

1

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

877031v1

2005. Some of those depositions are to be of current employees of plaintiff and defendant. However, because some of the individuals who had been involved in the relevant events are no longer employed by plaintiff or defendant, their depositions would have to be taken as non-parties. The taking of these depositions are likely to be made more complicated, and time-consuming, because some of these individuals do not live in the State of Connecticut.

    4. Based upon the parties' consent to this motion, the relief requested will not prejudice either party or result in any undue hardship.

2

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT **06103**
**(860) 616-4441** • JURIS NO. **404459**

877031v1

WHEREFORE, it respectfully requested that the Court amend its outstanding Scheduling Order in the manner set forth above. The undersigned certify that they have conferred regarding this motion.

          Respectfully submitted,

          THE PLAINTIFF,
          LIFECARE, INC. and

          THE DEFENDANT
          TENET HEALTHCARE CORPORATION

          By /s/ Anthony V. Zeolla
          Anthony V. Zeolla, Esq. of
          Morrison Mahoney LLP
          Counsel for Tenet Healthcare Corporation
          One Constitution Plaza, 10th Floor
          Hartford, CT 06103
          Phone: (860) 616-4441
          Fax: (860) 244-3800

877031v1

# CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was faxed and mailed, postage prepaid, to the following counsel of record on this 12th day of October, 2005.

Jeffrey Dannenberg, Esq.
Kestenbaum, Dannenberg & Klein, LLP
2425 Post Road
Southport, CT 06890

Of counsel to:
Kleban and Samor, P.C.
2425 Post Road
Southport, Ct 06890

                                      /s/ Anthony V. Zeolla
                                      Anthony V. Zeolla

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

877031v1